**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROYLANDO SANTIAGO,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 21-1416** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** *et al.,* | : | |
| **Respondents.** | : | |

## ORDER

On June 1, 2021, I approved and adopted Magistrate Judge Lynn Sitarski's Report and Recommendation and denied pro se state prisoner Roylando Santiago's Habeas Petition, to which no Objections had been filed. (Doc. No. 7.) Santiago's Objections were subsequently docketed; the postmark indicated that they were timely filed. (Doc. No. 8.) Accordingly, I will vacate my prior Order. Having now reviewed Santiago's Objections, I will overrule them because they have nothing to do with Judge Sitarski's decision and are otherwise unintelligible. See, e.g., id. at 1 ("But I'm not mistaken a Black's Law Dictionary is modern so everyone has gots to have one." (capitalization altered)). I will thus again approve and adopt Judge Sitarski's Report and Recommendation.

**AND NOW**, this 2nd day of June, 2021, it is hereby **ORDERED** as follows:

1. My June 1, 2021 Order approving and adopting Magistrate Judge Lynn Sitarski's Report and Recommendation (Doc. No. 7) is **VACATED**;

2. Santiago's Objections (Doc. No. 8) are **OVERRULED**;

3. The Report and Recommendation (Doc. No. 6) is **APPROVED** and **ADOPTED**;

4. The Petition for a Writ of Habeas Corpus (Doc. No. 2) is **DENIED without prejudice**;

5.      There are no grounds to issue a certificate of appealability; and

6.      The Clerk of Court shall mark this case **CLOSED** for statistical purposes.


                                        **AND IT IS SO ORDERED.**

                                        */s/ Paul S. Diamond*
                                        _____
                                        **PAUL S. DIAMOND, J.**